IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| RAWAA ELABBASSI AND ISSA ALJIRBI, § § § | |
| Plaintiffs, § § | CIVIL ACTION NO. _____ |
| V. § § | |
| GEOVERA ADVANTAGE INSURANCE SERVICES, INC.,[1] § § § § | |
| Defendant. § | |

### DEFENDANT GEOVERA SPECIALTY INSURANCE COMPANY'S NOTICE OF REMOVAL

TO THE HONORABLE COURT:

Pursuant to 28 U.S.C. §§ 1441 and 1446, Defendant GeoVera Specialty Insurance Company ("GeoVera" or "Defendant") file this, its Notice of Removal to the United States District Court for the Southern District of Texas, Houston Division, on the basis of diversity of citizenship and amount in controversy and respectfully show:

### I.   FACTUAL AND PROCEDURAL BACKGROUND

1. On August 22, 2019, Plaintiffs Rawaa Elabbassi and Issa Aljirbi filed their Original Petition, styled *Rawaa Elabbassi and Issa Aljirbi v. GeoVera Advantage Insurance Services, Inc.*, Cause No. 19-CCV-065792, in the County Court at Law No. 4, Fort Bend County, Texas. The lawsuit arises out of a claim Plaintiffs made for damages to their property under an insurance policy issued by GeoVera.

---

[1] Plaintiffs' Original Petition contains a misnomer of Defendant GeoVera Advantage Insurance Services, Inc. Plaintiff should be ordered to correct the Original Petition to reflect the accurate legal name of Defendant and to dismiss Defendant GeoVera Advantage Insurance Services, Inc. from this lawsuit.

1

2. Plaintiffs served GeoVera with a copy of the Plaintiffs' Original Petition on August 23, 2019. Currently, no return of service is on file.

3. GeoVera's Answer was filed on September 13, 2019.

4. GeoVera files this notice of removal within 30 days of receiving Plaintiffs' Citation and Original Petition. *See* 28 U.S.C. § 1446(b). This Notice of Removal is being filed within one year of the commencement of this action. *Id.* All process, pleadings, and orders in the state court action are attached to this Notice as required by 28 U.S.C. § 1446(a). A copy of this Notice is also concurrently being filed with the state court and served upon Plaintiffs.

5. As required by 28 U.S.C. § 1446(a), and Rule 81 of the Local Rules for the United States District Court of the Southern District of Texas, being filed simultaneously with the filing of this Notice of Removal:

**Exhibit A:** **Index of Matters Being Filed**

**Exhibit B:** **Docket Sheet**

**Exhibit C:** **Plaintiff's Original Petition**

**Exhibit D:** **Civil Copy Request**

**Exhibit E:** **Citation for GeoVera Advantage Insurance Services, Inc.**

**Exhibit F:** **Signed Certified mail receipt tracking number 7019 0700 0000 5883 8952**

**Exhibit G:** **Defendant's Original Answer to Plaintiffs' Original Petition**

## II.   BASIS FOR REMOVAL

6. Removal is proper based on diversity of citizenship under 28 U.S.C. §§ 1332(a)(1), 1441(a), and 1446.

A. **Plaintiffs and Defendant GeoVera are diverse.**

7. **Plaintiff Rawaa Elabbassi** is an individual residing in Fort Bend County, Texas;

8. **Plaintiff Issa Aljirbi** is an individual residing in Fort Bend County, Texas;

9. **Defendant, GeoVera Specialty Insurance Company** is incorporated under the laws of the State of California, with its principal place of business in Fairfield, California. GeoVera is therefore not a citizen of the State of Texas for diversity purposes.

10. Thus, this lawsuit is between citizens of different states, and there is complete diversity of citizenship between Plaintiffs and GeoVera.

B. **The Amount in Controversy Exceeds the Jurisdictional Requirements for Subject Matter Jurisdiction.**

11. This is a civil action in which the amount in controversy exceeds $75,000.00. Plaintiffs' Original Petition expressly alleges that "Plaintiff seeks monetary relief under $100,000". (Pl's Orig. Pet. ¶2). Thus, the express allegations in the Petition exceed the amount in controversy threshold of $75,000.00.

### III.   THIS REMOVAL IS PROCEDURALLY CORRECT

12. GeoVera received service of this lawsuit August 26, 2019.  Thus, GeoVera is filing this Notice within the 30-day time period required by 28 U.S.C. § 1446(b).

13. Venue is proper in this District and Division under 28 U.S.C. §1446(a) because this District and Division embrace the county in which the state action has been pending, and a substantial part of the events giving rise to Plaintiffs' claims allegedly occurred in this District and Division.

14. Pursuant to 28 U.S.C. §1446(a), all pleadings, process, orders, and all other filings in the state court action are attached to this Notice.

15. Promptly after GeoVera files this Notice of Removal, written notice of the filing will be given to Plaintiffs pursuant to 28 U.S.C. §1446(d).

16. Promptly after GeoVera files this Notice of Removal, a true and correct copy of same will be filed with the Clerk of the Harris County District Court pursuant to 28 U.S.C. §1446(d).

### CONCLUSION

17. Based upon the foregoing, the exhibits submitted in support of this removal, and other documents filed contemporaneously with this Notice of Removal, Defendant GeoVera hereby removes this case to this Court for trial and determination.

Respectfully submitted,

*/s/ Rhonda J. Thompson*
Rhonda J. Thompson
State Bar No. 24029862
So. Dist. No.: 17055
Adrienne H. Nelson
State Bar No.: 24069867
So. Dist. No.: 2276091

**THOMPSON, COE, COUSINS & IRONS, L.L.P.**
700 N. Pearl Street, 25th Floor
Dallas, Texas 75201
Telephone: (214) 871-8200
Facsimile: (214) 871-8209
Email: rthompson@thompsoncoe.com
Email: anelson@thompsoncoe.com

**COUNSEL FOR DEFENDANT GEOVERA SPECIALTY INSURANCE SERVICES**

**CERTIFICATE OF SERVICE**

       This is to certify that on the 20th day of September, 2019, a true and correct copy of the foregoing was delivered to the following counsel of record in accordance with the Federal Rules of Civil Procedure:

*Via Electronic Filing and CMRRR:*
Rawaa Elabbassi
Issa Aljirbi
5427 Linden Grove Court
Sugar Land, Texas 77479
*Counsel for Plaintiff*

                                              */s/ Adrienne H. Nelson*
                                              Rhonda J. Thompson
                                              Adrienne H. Nelson