NO. 19-CCV-065792

| | | |
|---|---|---|
| **Rawaa Elabbassi,** | § | IN THE ~~DISTRICT~~ County COURT |
| **Issa aljirbi** | § | |
| **Plaintiff,** | § | |
| | § | 4 _____ JUDICIAL ~~DISTRICT~~ County |
| **V.** | § | |
| | § | |
| Geovera Advantage Insurance Services Inc | § | |
| **Defendant.** | § | OF FORTBEND COUNTY, TEXAS |

## PLAINTIFF'S ORIGINAL PETITION

**TO THE HONORABLE JUDGE OF SAID COURT:**

Plaintiffs, Rawaa elabbassi and Issa aljirbi, file this original petition and request for disclosure against Defendant, Geovera Advantage Insurance Services Inc, and allege as follows:

### A. DISCOVERY-CONTROL PLAN

1. Plaintiffs intend to conduct discovery under Level 1 of Texas Rule of Civil Procedure 190.2 and affirmatively pleads that this suit is governed by the expedited-actions process in Texas Rule of Civil Procedure 169.

### B. RELIEF

2. Plaintiffs seek only monetary relief of $100,000 or less, including damages of any kind, penalties, court costs, expenses, and prejudgment interest.

### C. PARTIES

3. Plaintiffs, Rawaa Elabbassi, Issa aljirbi, are Texas Residents.

4. Defendant, Geovera Advantage Insurance Services Inc , is a California Corporation, and can be served with process through its registered agent ~~Geovera Advantage Insurance~~ Corporation Service Company, 211 E. 7th Street, Ste 620, Austin, Tx 78701 ~~Services Inc, at 4820 Business Center Drive, Ste. 200, Fairfield, CA 94534,~~ Attn : Michael McElroy, Marvin Cobb, Eric Hartman, located at 4820 Business Center Drive, Ste. 200,

Page 1 of 5

**EXHIBIT C**

Fairfield, CA 94534.

### D. FACTS

5. On or about *2017*, Plaintiffs purchased a Residential Property policy from the Defendant.

6. The policy provided coverage for Plaintiff's premises from damages incurred for a variety of reasons, including Hurricanes.

7. Thereafter, on August 2017, Plaintiffs insured premises, which are located at *5427 linden grove CT, Sugarland, TX 77479.*

8. The hurricane caused extensive damages to Plaintiff's property, including but not limited to: damages to the walls, clothes, furniture, computers and other valuable property.

9. Plaintiffs proceeded to file a claim for loss with the Defendant.

10. Since filing this claim with the Defendant, Plaintiffs have given Defendant ample opportunity and a trove of supporting documentation for the damages, including estimates, invoices and pictures.

11. However, Defendant has not made a good faith effort to make Plaintiff whole for his damages. The claim has been open for approximately 23months, and even though Defendant has acknowledged responsibility for the losses, Defendant has failed make reasonable offer to compensate Plaintiff for the losses.

### E. COUNT 1 – BAD FAITH

12. Plaintiffs were insured under an insurance contract issued by Geovera Advantage Insurance Services Inc., which gave rise to a duty of good faith and fair dealing.

13. Defendant breached the duty by Delaying payment of a covered claim when defendant knew its liability under the policy was reasonably clear.

14. Defendant's breach of duty proximately caused injury to plaintiff, which resulted in the

2Page 2 of 5

**EXHIBIT C**

following damages:

Actual Damages.

Exemplary Damages

15. Plaintiffs seek damages within the jurisdictional limits of this Court.

16. <u>Exemplary damages.</u> Plaintiff suffered injury independent of the loss of policy benefits, and that injury resulted from defendant's gross negligence, malice, or actual fraud, which entitles plaintiff to exemplary damages under Texas Civil Practice & Remedies Code section 41.003(a).

### F. COUNT 2- BREACH OF CONTRACT

17. In addition to other counts, defendant breached defendant's contract with plaintiff.

18. On 2017, plaintiff and defendant executed a valid and enforceable written contract. The contract provided that plaintiff would pay policy premiums to defendant, and that defendant would insure plaintiff's property, located at *5427 linden grove CT, Sugarland, TX 77479*} against various damages, including damages from a hurricane.

19. Plaintiffs fully performed plaintiff's contractual obligations by paying the policy premiums in a timely manner, and by reporting the claim to defendant in a timely fashion. Further, plaintiffs responded to all requests by defendant during the claim process by submitting copies of invoices, estimates, damage appraisals, pictures, other vital documents.

20. Defendant breached the contract by failing to provide reasonable compensation to plaintiffs for the damages which arose as a result of the Hurricane Harvey.

21. Defendant's breach caused injury to plaintiff, which resulted in the economic damages.

22. Plaintiff seeks unliquidated damages within the jurisdictional limits of this Court.

### G. JURY DEMAND

Page 3 of 5

**EXHIBIT C**

23. Plaintiffs demand a jury trial and tenders the appropriate fee with this petition.

### H. CONDITIONS PRECEDENT

24. All conditions precedent to plaintiff's claim for relief have been performed or have occurred.

### I. REQUEST FOR DISCLOSURE

25. Under Texas Rule of Civil Procedure 194, plaintiff requests that defendant disclose, within 50 days of the service of this request, the information or material described in Rule 194.2.

### J. PRAYER

26. For these reasons, plaintiff asks that the Court issue citation for defendant to appear and answer, and that plaintiff be awarded a judgment against defendant for the following:

   a.   Actual damages.

   b.   Exemplary damages.

   c.   Prejudgment and post judgment interest.

   d.   Court costs.

   f.   All other relief to which plaintiff is entitled.

### PRAYER

**WHEREFORE, PREMISES CONSIDERED**, Plaintiffs, Rawaa Elabbassi, Issa aljirbi, respectfully pray that the Defendant be cited to appear and answer herein, and that upon a final hearing of the cause, judgment be entered for the Plaintiff against Defendant for damages in an amount within the jurisdictional limits of the Court; together with pre-judgment interest (from the date of injury through the date of judgment) at the maximum rate allowed by law; post-judgment interest at the legal rate, costs of court; and such other and further relief to which the Plaintiff may be entitled at law or in equity.

**EXHIBIT C**

Respectfully submitted,
Rawaa ElAbbassi
Issa A IJirbi.

By: _____

5427 Linden grove ct
Sugar land, Tx 77479

Rawaa ElAbbassi
8325370822   drsafo22@gmail.com

Issa Aljirbi
8324040065   aljirbi42@yahoo.com

**PLAINTIFF HEREBY DEMANDS TRIAL BY JURY**

2019 AUG 22 PM 1:36

Page 5 of 5

**EXHIBIT C**



**LAURA RICHARD**
County Clerk
Fort Bend County
301 Jackson Street
Richmond, TX 77469-3108

**OFFICIAL BUSINESS**
Penalty for Private Use

RETURN SERVICE REQUIRED



CERTIFIED MAIL

7019 0700 0000 5883 8952

RETURN RECEIPT REQUESTED

U.S. POSTAGE >> PITNEY BOWES

ZIP 77469 $ 006.95
02 4W
0000364188 AUG 23 2019

Geovera Advantage Insurance Services Inc.
Attn: Michael McElroy
211 E 7th Street, Ste 620
Austin, Texas 78701

19CCV065792/cit/sg

78701-321870

# EXHIBIT C